# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MICHAEL D. CARR                                                                                                PETITIONER
ADC #102763

v.                                                            4:24-cv-00231-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Corrections                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED with prejudice.

2. No certificate of appealability shall issue.

Dated this 9th day of September, 2024.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE